# United States District Court
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHARON CHANDLER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil No.: 4:20-cv-00517-ALM-KPJ |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| *Acting Commissioner of Social Security*, | § | |
| | § | |
| **Defendant.** | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 14, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #16) that Plaintiff Sharon Chandler's Motion for Attorney Fees pursuant to the Equal Access to Justice Act ("EAJA") ("the Motion") (Dkt. #14) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the Motion (Dkt. #14) is **GRANTED**.

**IT IS ORDERED** that Plaintiff Sharon Chandler is awarded attorney fees under the EAJA in the amount of **$7,400.00** and costs in the amount of **$400.00**. This award shall be made payable to Plaintiff and sent to Plaintiff's counsel. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

.

**IT IS SO ORDERED.**

**SIGNED this 4th day of January, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE