# United States District Court
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SHARON CHANDLER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-517-ALM-KPJ |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| *Acting Commissioner of Social Security*, | § | |
| | § | |
| **Defendant.** | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2023, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #24) that Plaintiff Sharon Chandler's Motion & Brief for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (the "406(b) Motion") (Dkt. #18) be granted in part and denied in part.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, the 406(b) Motion (Dkt. #18) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS ORDERED** that $13,509.80 be made payable to Plaintiff's Counsel out of Plaintiff's past-due benefits for representation before the Court in this matter pursuant to 42 U.S.C. § 406(b); and Plaintiff's Counsel refund the lesser award of $7,400 attorney fees and $400 in costs under the EAJA to Plaintiff.

**SIGNED this 5th day of June, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE